(NEW DJ) Hill, et al. v. Bakersfield Police Department    Doc. 4

Case 1:06-cv-00128-OWW-TAG    Document 4    Filed 02/08/2006    Page 1 of 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HILL,<br><br>           Plaintiff,<br><br>    v.<br><br>BAKERSFIELD POLICE DEPT.,<br><br>           Defendant.<br>                                        / | CASE NO. 1:06-CV-00128-REC-LJO-P<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE, REASSIGN JUDGES, AND SEND NOTICE OF NEW CASE NUMBER |

On February 6, 2006, Plaintiff Anthony Hill filed the complaint upon which this action proceeds.[1] The Clerk of the Court designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

1. Change the designation of the present case to reflect that of a regular civil action;

2. Randomly assign new judges to the case; and

3. Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   February 8, 2006**          /s/ Lawrence J. O'Neill
b9ed48                    UNITED STATES MAGISTRATE JUDGE

---

[1] Elsie and Hope Hill are listed in the caption. However, neither one signed the complaint.

1