1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ANTHONY HILL,                  CASE NO. 1:06-CV-00128-REC-LJO-P

10             Plaintiff,      ORDER DIRECTING CLERK OF THE COURT
                           TO REDESIGNATE CASE, REASSIGN
11   v.                      JUDGES, AND SEND NOTICE OF NEW
                           CASE NUMBER
12   BAKERSFIELD POLICE DEPT.,

13             Defendant.

14  —————————————————/

15      On February 6, 2006, Plaintiff Anthony Hill filed the complaint upon which this action

16  proceeds.[1]  The Clerk of the Court designated the action as one involving a prisoner litigating the

17  conditions of his confinement at a California state prison.  Upon further review of the Court, it has

18  been determined that the present action does not involve state prison conditions of confinement.

19  Therefore, the Clerk of the Court is DIRECTED to:

20      1.     Change the designation of the present case to reflect that of a regular civil action;

21      2.     Randomly assign new judges to the case; and

22      3.     Send a notice of the new case number to all parties in this action.

23

24  IT IS SO ORDERED.

25  **Dated:   February 8, 2006**           **/s/ Lawrence J. O'Neill**
     b9ed48                 UNITED STATES MAGISTRATE JUDGE
26

27

28
   ————————————————
     [1] Elsie and Hope Hill are listed in the caption.  However, neither one signed the complaint.