(NEW DJ) Hill, et al. v. Bakersfield Police Department                                                    Doc. 6
Case 1:05-cv-00128-REC   Document 6   Filed 02/13/2006   Page 1 of 2
Case 1:06-cv-00128-OWW-TAG   Document 6   Filed 02/13/2006   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HILL, ) | 1:05-cv-00128-REC-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE |
| ) | WITHIN THIRTY DAYS OF SERVICE OF |
| ) | THIS ORDER A COMPLETE APPLICATION |
| v. ) | TO PROCEED IN FORMA PAUPERIS |
| ) | (DOC. 2) |
| BAKERSFIELD POLICE DEPARTMENT,) | |
| ) | ORDER DIRECTING THE CLERK TO SEND |
| Defendant. ) | TO PLAINTIFF WITH THIS ORDER A |
| ) | BLANK APPLICATION TO PROCEED IN |
| ) | FORMA PAUPERIS FOR A PERSON IN |
| | CUSTODY |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Pending before the Court is Plaintiff's application to proceed in forma pauperis, filed on February 6, 2006, along with Plaintiff's complaint.

Plaintiff's application was incomplete. The "Certificate of Authorized Officer" was not dated or signed. Further, Plaintiff did not submit a trust account statement. Plaintiff is required to submit an original, signed prison trust account statement that

1

includes the entire six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). In the Court's experience, the Fresno County Jail, the site of Plaintiff's incarceration, customarily provides a statement of account to prisoners who are submitting applications to proceed in forma pauperis.

Plaintiff will be provided the opportunity either to pay the $250.00 filing fee or submit a completed application, with a signed certificate, and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that

1) Within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $250.00 filing fee for this action; **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed**; and

2) The Clerk IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person in custody.

IT IS SO ORDERED.

**Dated:   February 12, 2006**          /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

2