UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HILL and ELSIE HOPE, ) | 1:06-cv-00128 REC TAG |
| ) | |
| Plaintiffs, ) | ORDER DENYING REQUEST FOR |
| ) | APPOINTMENT OF COUNSEL |
| v. ) | (Doc. 11) |
| ) | |
| BAKERSFIELD POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Anthony Hill, proceeding pro se, seeks appointment of counsel in conjunction with a civil action filed by him on behalf of himself and plaintiff Elsie Hope in an action alleging violations of the Civil Rights Act, 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

The statute providing for proceedings in forma pauperis, 28 U.S.C. § 1915, contemplates the possibility of appointment of counsel. 28 U.S.C. § 1915(e)(1). However, "[c]ounsel should only be appointed in exceptional circumstances, based on such factors as the likelihood of success on the merits and the ability of the plaintiff to articulate his claims in light of their complexity." Wood v. Housewright, 900 F.2d 1332, 1335 (9th Cir. 1990). Furthermore, "[a] finding of 'exceptional circumstances' requires an evaluation of both 'the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.'" Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986)(citation omitted).

This Court need not address these issues at this time insofar as plaintiffs have not satisfied the threshold requirement of the in forma pauperis statute: while two plaintiffs are named in the complaint, financial information has only been provided for one, Anthony Hill. Moreover, since plaintiff Hill is appearing pro per, he cannot provide such financial information on behalf of plaintiff Elsie Hope. It was for these reasons that this Court previously denied an application to proceed in forma pauperis. (Docs. 2 and 10).

It is therefore ORDERED that the request for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **March 1, 2006**              /s/ **Theresa A. Goldner**
**j6eb3d**                             UNITED STATES MAGISTRATE JUDGE