# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HILL, et al., | 1:06-cv-0128 OWW TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO PROSECUTE |
| vs. | (Doc. 16) |
| BAKERSFIELD POLICE DEPARTMENT, et al., | |
| Defendant. / | |

Plaintiff Anthony Hill, while incarcerated at the Fresno County Jail, filed a pro se civil rights complaint, 42 U.S.C. § 1983, on behalf of himself and plaintiff Elsie Hope. (Doc. 1). Hill filed two applications for leave to proceed in forma pauperis (Docs. 2, 9), which were denied because of various errors in the applications. (Doc. 6, 10). Hill has yet to submit a proper in forma pauperis application or pay the Court filing fee. The defendant, therefore, has not been served. (See Dist. Ct. Dkt. Sheet). Furthermore, the District Court reassigned Hill's action to Judge Oliver W. Wanger on June 12, 2006. (Doc. 14). The Court attempted to serve the order of reassignment on Hill at the Fresno County Jail, but the United States Postal Service returned the order as undeliverable because Hill was no longer in custody. (Docs. 14, 15). Finally, Hill has not filed any pleadings in pursuit of this action since February 2006. (Doc. 11).

On January 10, 2007, the Magistrate Judge filed findings and recommendation, recommending that this case be dismissed for failure to prosecute. (Doc. 16). This document was served on Hill and contained notice that any objections were to be filed within fifteen (15) days of

1

the date of service. Hill has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendation filed on January 10, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation, filed January 10, 2007, are ADOPTED IN FULL; and
2. The Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute; and
3. The Clerk of Court is DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE